# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2009

Marilyn Kelly,
Chief Justice

138145

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

                SC: 138145
                COA: 279501
                Wayne CC: 07-005476-01

DEMETRIUS ALLEN ECKFORD,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the December 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2009

               Clerk

s0520